We are UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THOMAS THOMPSON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-2847 |
| | § | |
| XL PARTS LLC. A/K/A XL PARTS | § | |

## ORDER ADOPTING MEMORANDUM AND ORDER

Pending before the Court in the above referenced proceeding is Defendant's Motion for Summary Judgment (Doc. #17); Plaintiff's response (Doc. #22); Defendant's reply (Doc. #23); and Magistrate Judge Stacy's Memorandum and Recommendation (Doc. #25) that the Court grant Defendant's motion as to all claims. Plaintiff did not object to the Memorandum and Recommendation and the time to do so has passed.

Upon review, the Court agrees with the Magistrate Judge's conclusion that Plaintiff did not establish a *prima facie* claim of sex discrimination or raise a genuine issue of material fact on pretext. Accordingly, it is hereby

**ORDERED** that the Memorandum and Recommendation (Doc. #25) is **ADOPTED**. Defendant's Motion for Summary Judgment (Doc. #17) is **GRANTED**.

Plaintiff's case is **DISMISSED WITH PREJUDICE**.

Entry of this Order shall constitute entry of **Final Judgment**.

SIGNED at Houston, Texas, this ___12th___ day of June, 2019.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE